UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH LUONGO,

    Plaintiff,

-vs-                                        Case No. 6:07-mc-76-Orl-28GJK

UNITED STATES, INTERNAL REVENUE
SERVICE,

    Defendant.
_____

# ORDER

This case is before the Court on the Petition to Quash IRS Summons and Motion for Protective Order (Doc. No. 1) filed August 13, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of "Petitioner's Response to Report and Recommendation" (Doc. 10) which this Court interprets as Petitioner's objections to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 16, 2008 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Petitioner's Petition to Quash IRS Summons and Motion for Protective Order (Doc. No. 1) is **DENIED** for lack of jurisdiction.

    3.    All other pending motions are **DENIED** as moot.

4. This case is dismissed and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____10_____ day of April, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party